June 30, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

TARA MENON, Appellant

NO. 14-14-00012-CV           V.

WATER SPLASH, INC., Appellee

_____

     This cause, an appeal from the judgment in favor of appellee, Water Splash, Inc., signed September 17, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

     We further order that all costs incurred by reason of this appeal be paid by appellee, Water Splash, Inc.

     We further order this decision certified below for observance.